THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HOPE, Appellant.

(Submitted May 18, 1931; decided May 19, 1931.)

*Thomas C. T. Crain, District Attorney (Felix C. Benvenga* of counsel), for motion.
*Michael I. Winter* opposed.

Motion denied.